# 2:24-MJ-02499-DUTY

FINDING RE PROBABLE CAUSE

```
                FILED
        CLERK, U.S. DISTRICT COURT

            April 28, 2024

      CENTRAL DISTRICT OF CALIFORNIA
      BY:      ch         DEPUTY
```

On __4/28/2024__, at __2:10__ ~~a.m.~~/p.m., Special Agent Neil Kleifges of Homeland Security Investigations appeared before me in-person or through electronic means regarding the probable cause arrest of defendant TAI SU, occurring on or about April 26, 2024, in or about Encino, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 18, United States Code, Section 1349.

/__XX__/ It is ordered that defendant TAI SU be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on __April 29, 2024__.

/____/ ~~It is ordered that defendant TAI SU be discharged from custody on this charge forthwith.~~

DATED: __April 28, 2024__, at __2:10__ ~~a.m.~~/p.m.

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE